UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mortgage Electronic Registration Systems, Inc., | ) ) | CASE NO. 1:05CV1137 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) ) | |
| | ) | ORDER |
| Dolores Smith, et al., | ) | |
| Defendants. | ) | |

 This matter comes before the Court upon Plaintiff's Notice of Active Loan Modification (ECF DKT #20), advising that Plaintiff and the borrower have agreed to a loan modification scheduled for completion on April 10, 2007. Although ordered to show cause on or before December 18, 2006, Plaintiff has not demonstrated in writing why the within Complaint is still viable; why Plaintiff has the right to continue in this Court under the pleadings as they currently exist; nor why the case should remain on this Court's active docket.

 IT IS ORDERED, therefore, that this action is closed and the Complaint is dismissed.

IT IS SO ORDERED.

12/19/06
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge